■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARDO REYES, Appellant, v EUGENE LE FEVRE, as Superintendent of Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated December 30, 1975, which granted his application "solely to the extent of remanding the matter to the Parole Board to provide the essential basis upon which parole was denied and for any additional hearing it may deem advised to conduct." Judgment affirmed, without costs or disbursements. In our opinion, Special Term properly disposed of the issues before it. Hopkins, Acting P. J., Martuscello, Cohalan and Damiani, JJ., concur.

## THIRD DEPARTMENT, JANUARY, 1977

### (January 6, 1977)

■ JAMES J. RYAN, Appellant, v PATRICIA A. RYAN, Respondent. (And One Other Proceeding.)—Motion to dismiss appeals granted, without costs, on the ground that the order and judgment sought to be appealed were entered upon the default of the appellant (CPLR 5511; *First Nat. Bank & Trust Co. of Ellenville v Classic Collateral Corp.,* 44 AD2d 868). Koreman, P. J., Greenblott, Sweeney, Kane and Mahoney, JJ., concur.